NOTE.—Reported in 98 N. E. 2d 369.

STATE EX REL. EDWARDS *v.* MURRAY, JUDGE.

[No. 28,782. Filed May 1, 1951.]

*James Edwards, pro se.*

PER CURIAM.—The relator, appearing pro se, files what he designates as a verified petition for an alternative writ of mandate to compel certain action by the respondent judge.

The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is denied.

NOTE.—Reported in 98 N. E. 2d 368.